# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038

(212) 608-0808  
TELECOPIER (212) 962-9696

*NY AND CALIF. BARS

June 30, 2020

The Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Consent Letter Motion

RE: United States v. Brandon Alvarez, 19 Cr. 23 (LTS)

Your Honor:

    I am writing to request that Mr. Alvarez be granted permission to move to Elizabeth, New Jersey, with his wife, to reside there and be supervised by the District of New Jersey until the date he surrenders for sentence in September.

    Mr. Alvarez has been residing with his "wife" in her apartment in New York City, but now the lease is up at the end of this week and his wife has arranged for the family to reside in an apartment located at 516 Marshall Street, Elizabeth, NJ 07206. Unless he can move there with her he will be homeless.

    Thank you very much for Your Honor's consideration of this request.

The requested modification is granted. DE# 56 resolved.  
SO ORDERED.  
7/1/2020  
/s/ Laura Taylor Swain, USDJ

Sincerely,

/s/ Thomas H. Nooter  
THOMAS H. NOOTER  
Attorney for Defendant

    cc:    AUSA Nicholas Chiuchiolo, by ECF  
            USPTSA Officer Erin Cunningham, by email