UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,            :

           -v-                    :               19-CR-23 (LTS)

BRANDON ALVAREZ (2) et al.,       :

               Defendants.     :

-----------------------------------------------------------------------X

ORDER

The Court has received Mr. Alvarez's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 58.)  The Government must file its written response to the motion by **October 2, 2020**.  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply must be filed by **October 9, 2020**.

Mr. Alvarez's surrender date, currently scheduled for September 30, 2020, is hereby extended to **December 3, 2020**, to facilitate the briefing and consideration of the motion for compassionate release.

SO ORDERED.

Dated: New York, New York
       September 21, 2020

                               __/s/ Laura Taylor Swain ___
                                LAURA TAYLOR SWAIN
                                United States District Judge